UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Karrena USA Inc. et al, | Case No.: 2:21-cv-01291-CDS-EJY |
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation** |
| Cobra Thermosolar Plants, Inc., | [ECF No. 28] |
| Defendant. | |

The magistrate judge has DENIED Defendant's Motion to Compel Arbitration and Stay the Action (ECF No. 12) as MOOT and DENIED Plaintiff's Countermotion for Court Appointment of Arbitrator (ECF No. 19) and recommends that that this matter be stayed for all purposes pending the arbitration. The deadline for any party to object to that recommendation was January 21, 2022, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[1] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation [ECF No. 28] is ADOPTED in its entirety.

_____
U.S. District Judge Cristina D. Silva
Dated: April 20, 2022

---

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).